**Electronically Filed**
**Supreme Court**
**SCWC-30557**
**22-MAY-2015**
**09:34 AM**

SCWC-30557

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LLOYD R. ANASTASI,
Petitioner and Respondent/Plaintiff-Appellant,

vs.

FIDELITY NATIONAL TITLE INSURANCE COMPANY,
Respondent and Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30557; CIV. NO. 08-1-0718)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner and Respondent/Plaintiff-Appellant

Lloyd R. Anastasi's Application for Writ of Certiorari, filed on

April 7, 2015, and Respondent and Petitioner/Defendant-Appellee

Fidelity National Title Insurance Company's Application for Writ

of Certiorari, filed on April 7, 2015, are hereby accepted and

will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, May 22, 2015.

Philip J. Leas, John P. Duchemin and Trisha H.S.T. Akagi for petitioner and respondent Lloyd R. Anastasi

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

Edmund K. Saffery, Thomas Benedict and Dawn T. Sugihara for respondent and petitioner Fidelity National Title Insurance Company

/s/ Richard W. Pollack

/s/ Michael D. Wilson

